# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRETT P. KENT, ) <br> ) <br> Defendant. ) | No. 07-03075-1-CR-S-DW |

**ORDER**

Before the Court is Magistrate Judge James C. England's Report and Recommendation denying Defendant's Motion to Suppress Search Warrants. (Doc. 29). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Suppress Search Warrants.

Date:  January 23, 2008           /s/ Dean Whipple
                                                     Dean Whipple
                                       United States District Judge